IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-29-LF

HSG, LLC d/b/a "HIGH SPEED GEAR,"

    Plaintiff,

v.

EDGE-WORKS MANUFACTURING
COMPANY d/b/a "G-CODE" *et al.*,

    Defendants.

**ORDER GRANTING
G-CODE'S MOTION TO SEAL**

**ORDER**

Before the Court is Defendant's Motion to Seal underacted versions of its Memorandum in Support of Motion for Partial Summary Judgment ("Memorandum") and the Declaration of Scott Evans attached as Exhibit 1 to G-Code's Memorandum ("Evans Declaration")(collectively, the "Sealed Documents") (See, DE # 47 and 48). The Court finds that this Motion is filed pursuant to the terms of Section 3(a) of the Protective Order entered on May 8, 2017 (DE #42) which states:

> In the event any party to this action hereafter makes any filing that includes Redactable Information,[1] the filing party may, without further leave of the Court, protect all Redactable Information against access by the public as follows: (a) the document(s) containing Redactable Information shall be filed publically with only the Redactable Information redacted from view or access by the public, and (b) an un-redacted copy of such filing shall be filed UNDER SEAL, and shall remain SEALED until further order of the Court.

---

[1] "Redactable Information" is defined as any documents that include "(i) a copy of the Settlement Agreement, (ii) any disclosure of any monetary figures contained in the Settlement Agreement, and/or (iii) any disclosure of the specific terms of Sections 3, 7, or 10 of the Settlement Agreement."

1

This Court finds that G-Code has complied with the terms of the Protective Order by publicly filing contemporaneously with this motion redacted versions of the Sealed Documents.

For these reasons, and for good cause shown, the Defendant's Motion to Seal the proposed Sealed Documents is GRANTED.

IT IS FURTHER ORDERED that the unredacted versions of the proposed Sealed Documents (DE # 47 and 48) shall be SEALED until further order of this Court.

SO ORDERED, this 22nd day of  August , 2017.

_____
UNITED STATES DISTRICT JUDGE