IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-29-FL

| | |
|---|---|
| HSG, LLC d/b/a "HIGH SPEED GEAR,"<br><br>Plaintiff,<br><br>v.<br><br>EDGE-WORKS MANUFACTURING COMPANY d/b/a "G-CODE" *et al.*,<br><br>Defendants. | **ORDER GRANTING EDGE-WORKS' MOTION TO SEAL** |

## ORDER

Before the Court is Defendant's Motion to Seal the underacted version of its reply brief (DE # 106) (the "Reply") filed on January 29, 2018. The Court finds that this Motion is filed pursuant to the terms of Section 3(a) of the Protective Order entered on May 18, 2017 (DE #42) and in response to the reasonable procedures seeking compliance therewith.

This Court finds that Edge-Works has complied with the terms of the Protective Order by publicly filing contemporaneously a redacted version of the Reply (DE # 105) narrowly tailored to remove information that is subject to the confidentiality provision in the parties' Global Settlement Agreement.

For these reasons, and for good cause shown, the Defendant's Motion to Seal the Reply is GRANTED.

IT IS FURTHER ORDERED that the unredacted version of the Reply (DE # 106) shall be SEALED until further order of this Court.

SO ORDERED, this 4th day of June, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge