IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-29-FL

| | |
|---|---|
| HSG, LLC d/b/a "HIGH SPEED GEAR,"<br><br>    Plaintiff,<br><br>v.<br><br>EDGE-WORKS MANUFACTURING<br>COMPANY d/b/a "G-CODE" *et al.*,<br><br>    Defendants. | **ORDER GRANTING JOINT MOTION FOR ENTRY AND SEALING OF CASE MANAGEMENT ORDER** |

## ORDER

Before the Court is the Joint Motion for Entry and Sealing of Proposed Case Management Order, filed by Defendant Edge-Works Manufacturing Company d/b/a "G-Code" (hereinafter "Edge-Works") and Plaintiff HSG, LLC d/b/a High Speed Gear ("HSG"). The Court finds that this Motion is filed pursuant to the terms of Section 3(a) of the Protective Order entered on May 18, 2017 [DE 42] and in response to the reasonable procedures seeking compliance therewith.

This Court finds that Edge-Works and HSG have complied with the terms of the Protective Order by publicly filing contemporaneously a redacted version of the proposed Case Management Order ("CMO") narrowly tailored to remove information that is subject to the confidentiality provision in the parties' Global Settlement Agreement.

For these reasons, and for good cause shown, the parties Joint Motion for Entry and Sealing of Proposed Case Management Order is GRANTED.

IT IS FURTHER ORDERED that the previously filed unredacted version of the CMO [DE 123] be and remain sealed until further order of this Court.

1

IT IS FURTHER ORDERED that the redacted version of the CMO be publically filed into the Court record.

IT IS FURTHER ORDERED that Edge-Works' Motion for Rule 16 Conference [DE 120] is denied, without prejudice, as moot.

SO ORDERED, this 3rd day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE