UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| HSG, LLC doing business as "High Speed Gear" <br>         Plaintiff, <br><br> v. <br><br><br> EDGE-WORKS MANUFACTURING COMPANY, doing business as "G-Code" Albert Gene Higdon, Jr., A.G. Higdon, LLC doing business as "Mean Gene Leather", Rebecca A. Higdon, <br>         Defendants. | **JUDGMENT** <br><br> No. 7:17-CV-29-FL |

Pursuant to the Notice of Acceptance of Offer of Judgment filed by plaintiff in this case on August 14, 2018, and in accordance with Rule 68 of the Federal Rules of Civil Procedure, **IT IS ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered against defendants Albert Gene Higdon, Jr, and A.G. Higdon, LLC d/b/a "Mean Gene Leather", in the amount of Fifteen Thousand Dollars and no/100 ($15,000.00) in full and final satisfaction of all of plaintiff's damages, as well as prevailing party attorneys' fees, expenses and costs, in this matter for the Breach Claims.

**This Judgment Filed and Entered on August 17, 2018, and Copies To:**

Thomas Glenn Varnum (via CM/ECF Notice of Electronic Filing)
Andrew L. Rodenbough (via CM/ECF Notice of Electronic Filing)
Brandon S. Neuman/John Ellison Branch, III/Kieran J. Shanahan/Stephen M. Kepper/Gregory D. Latham (via CM/ECF Notice of Electronic Filing)
Matthew C. Coxe (via CM/ECF Notice of Electronic Filing)


August 17, 2018                      PETER A. MOORE, JR., CLERK
                                               /s/ Sandra K. Collins
                                               (By) Sandra K. Collins, Deputy Clerk