IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-29-FL

| | |
|---|---|
| HSG, LLC d/b/a "HIGH SPEED GEAR," <br><br> Plaintiff, <br><br> v. <br><br> EDGE-WORKS MANUFACTURING COMPANY d/b/a "G-CODE" *et al.*, <br><br> Defendants. | **ORDER GRANTING EDGE-WORKS' MOTION TO SEAL** |

## ORDER

Before the Court is Defendant's Motion to Seal underacted versions of plaintiff HSG, LLC's ("HSG") for an Order that maintains under seal this motion to seal the unredacted versions of the following proposed sealed filings entered into the record this day in support of Edge-Works' Cross Motion for Summary Judgment and opposition to HSG LLC's Motion for Summary Judgment, all under seal (collectively, the "Sealed Documents"). The Court finds that this Motion is filed pursuant to the terms of Section 3(a) and 3(b) of the Protective Order entered on May 8, 2017 (DE #42).

This Court finds that Edge-Works has complied with the terms of the Protective Order by publicly filing contemporaneously with this motion redacted versions of the Sealed Documents.

For these reasons, and for good cause shown, the Defendant's Motion to Seal the proposed Sealed Documents is GRANTED.

IT IS FURTHER ORDERED that the unredacted versions of the Sealed Documents (DE #141 to 144) shall be SEALED until further order of this Court.

1

SO ORDERED, this 17th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE