IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-29-FL

HSG, LLC d/b/a "HIGH SPEED GEAR,"

    Plaintiff,

v.

EDGE-WORKS MANUFACTURING
COMPANY d/b/a "G-CODE" *et al.*,

    Defendants.

**ORDER GRANTING EDGE-WORKS' MOTION TO SEAL**

## ORDER

Before the Court is Defendant's Motion to Seal underacted versions of plaintiff HSG, LLC's ("HSG") for an Order that maintains under seal HSG's Motion for summary judgement (DE #132), memorandum in support (DE #133), statement of material facts (DE #134), and Appendix of Exhibits (DE #135) all under seal (collectively, the "Sealed Documents"). The Court finds that this Motion is filed pursuant to the terms of Section 3(a) and 3(b) of the Protective Order entered on May 8, 2017 (DE #42) and in response to the reasonable procedures seeking compliance therewith as set forth in HSG's Notice to Court Regarding Proposed Sealed Filings (DE #102) (the "Notice").

This Court finds that Edge-Works has complied with the terms of the Protective Order by publicly filing contemporaneously with this motion redacted versions of the Sealed Documents.

For these reasons, and for good cause shown, the Defendant's Motion to Seal the proposed Sealed Documents is GRANTED.

IT IS FURTHER ORDERED that the unredacted versions of the Sealed Documents (DE #132-135) shall be SEALED until further order of this Court.

1

SO ORDERED, this 29th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE