IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-29-FL

| | |
|---|---|
| HSG, LLC d/b/a "HIGH SPEED GEAR,"<br><br>    Plaintiff,<br><br>v.<br><br>EDGE-WORKS MANUFACTURING<br>COMPANY d/b/a "G-CODE" *et al.*,<br><br>    Defendants. | **ORDER GRANTING EDGE-WORKS' MOTION TO SEAL** |

## ORDER

Before the Court is Defendant's Motion to Seal the underacted versions of Edge-Works' (a) Proposed Supplemental Memorandum in Support of Cross Motion for Partial Summary Judgment [DE 160]; (b) Declaration of David Pomeroy in Support of Supplemental Memorandum in Support of Cross Motion for Partial Summary Judgment [DE 161]; and (c) Memorandum in Support of its Motion for Leave to File Supplemental Memorandum in Support of Cross Motion for Partial Summary Judgment [DE 163] (collectively, the "Sealed Documents"). The Court finds that this Motion is filed pursuant to the terms of Section 3(a) and 3(b) of the Protective Order entered on May 8, 2017 (DE #42).

This Court finds that Edge-Works has complied with the terms of the Protective Order by publicly filing contemporaneously with this motion redacted versions of the Sealed Documents.

For these reasons, and for good cause shown, the Defendant's Motion to Seal the proposed Sealed Document is GRANTED.

IT IS FURTHER ORDERED that the unredacted versions of the Sealed Document (DE # 160, 161, and 163) shall be SEALED until further order of this Court.

SO ORDERED, this 28th day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE