UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| HSG, LLC doing business as "High Speed Gear" | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **JUDGMENT** |
| EDGE-WORKS MANUFACTURING COMPANY, doing business as "G-Code" | ) ) | No. 7:17-CV-29-FL |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross motions for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 11, 2019, and for the reasons set forth more specifically therein, the court ENTERS summary judgment against defendant on plaintiff's claim for breach of contract and AWARDS damages in the amount of $6,371.23. The court ENTERS summary judgment against plaintiff on plaintiff's claim for implied covenant of good faith and fair dealing.

**This Judgment Filed and Entered on March 11, 2019, and Copies To:**
Thomas Glenn Varnum (via CM/ECF Notice of Electronic Filing)
Andrew L. Rodenbough (via CM/ECF Notice of Electronic Filing)
Brandon S. Neuman (via CM/ECF Notice of Electronic Filing)
John Ellison Branch, III (via CM/ECF Notice of Electronic Filing)
Keiran J. Shanahan / Stephen M. Kepper / Gregory D. Latham (via CM/ECF Notice of Electronic Filing)

March 11, 2019.                    PETER A. MOORE, JR.

                                    /s/ Sandra K. Collins
                                   (By) Sandra K. Collins, Deputy Clerk