IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-29-FL

HSG, LLC d/b/a "HIGH SPEED GEAR,"

    Plaintiff,

v.

EDGE-WORKS MANUFACTURING
COMPANY d/b/a "G-CODE,"

    Defendant.

**ORDER GRANTING EDGE-WORKS' MOTION TO SEAL**

## ORDER

Before the Court is Defendant's Motion to (a) seal the following underacted versions of Edge-Works' recent filings: (i) Defendant Edge-Works Memorandum in Support of Motion for Attorneys' Fees (DE 173); (ii) Declaration of Gregory D. Latham in Support of Edge-Works' Motion for Attorneys' Fees (DE 174); and (iii) Declaration of Scott Evans in Support of Edge-Works' Motion for Attorneys' Fees (DE 177) (collectively, the "Sealed Documents"); and (b) unseal Edge-Works' (i) Motion for Attorneys' Fees (DE 172); (ii) Declaration of Brandon Neuman in Support of Edge-Works' Motion for Attorneys' Fees (DE 175); and (iii) Declaration of Robert Detwiler in Support of Edge-Works' Motion for Attorneys Fees (DE 176) (collectively, the "Non-Confidential Filings"). The Court finds that this Motion is filed pursuant to the terms of Section 3(a) and 3(b) of the Protective Order entered on May 8, 2017 (DE #42).

This Court finds that Edge-Works has complied with the terms of the Protective Order by publicly filing contemporaneously with this motion redacted versions of the Sealed Documents.

For these reasons, and for good cause shown, the Defendant's Motion to Seal the proposed Sealed Document is GRANTED.

IT IS FURTHER ORDERED that the unredacted versions of the Sealed Documents (DE # 173, 174, and 177) shall be SEALED until further order of this Court.

IT IS FURTHER ORDERED that the Clerk is directed to unseal the previously filed versions of the Non-Confidential Filings (DE # 172, 175, and 176) that were provisionally filed under seal.

SO ORDERED, this 3rd day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE